# UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia (Norfolk)

In re  Carnell Bloomfield and Sheila Denise Bloomfield          Case No.  10-72380
Debtor                                                          Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Bank of America, N.A.

**Court claim no.** (if known):

**Last four digits** of any number you use to identify the debtor's account: 4267

**Date of payment change:** 05/25/2013
Must be at least 21 days after date of this notice

**New total payment:** $102.89
Principal, Interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☑ No
☐ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: _____          New escrow payment: _____

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No
☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
If a notice is not attached, explain why:

Current interest rate: _____          New interest rate: _____
Current principal and interest payment: _____          New principal and interest payment: _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No
☑ Yes.   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change:   NUMBER OF DAYS IN BILLING CYCLE HAS CHANGED

Current mortgage payment: $106.32          New mortgage payment: $102.89

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☐ I am the creditor.     ☑ I am the creditor's authorized agent.
(Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗   /s/ Richard Bush                                              Date   05/03/2013

AVP BANKRUPTCY SPECIALIST (Approved by: Brandon Cook)

Print:   Richard Bush                                             Title   AVP BANKRUPTCY SPECIALIST (Approved by: B

Company   Bank of America, N.A.                                   Specific Contact Information:
Address   2380 Performance Drive                                  Phone: 214-209-8491
          Richardson, TX 75082                                    Email: richard.bush@bankofamerica.com

367629-83c0e2f7-0fd7-476e-ab6f-ff5134b54d66

# UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia (Norfolk)

Chapter 13 No. 10-72380

In re:

Judge: Frank J. Santoro

Carnell Bloomfield and Sheila Denise Bloomfield

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on May 03, 2013, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

Debtor:    Carnell Bloomfield
           3737 Upland Road
           Virginia Beach, VA 23452


           Sheila Denise Bloomfield
           3737 Upland Road
           Virginia Beach, VA 23452


Debtor's Attorney:    Steve C. Taylor
                      Law Offices of Steve C. Taylor, P.C.
                      133 Mt. Pleasant Road
                      Chesapeake, VA 23322


                      Steve C. Taylor
                      Law Offices of Steve C. Taylor, P.C.
                      133 Mt. Pleasant Road
                      Chesapeake, VA 23322


Trustee:    Michael P. Cotter
            Chapter 13 Trustee
            870 Greenbrier Circle, Suite 402
            Chesapeake, VA 23320


/s/ Bill Taylor

Authorized Agent